

A CERTIFIED TRUE COPY

SEP -9 2002

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP 13 PM 1: 44

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 22 2002

FILED
CLERK'S OFFICE

DOCKET NO. 1298

SECT. J MAG 2

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PAPST LICENSING, GMBH, PATENT LITIGATION  02-2970

Opposed  ~~Papst Licensing GmbH v. Western Digital Corp., et al.,~~ C.D. California, C.A. No. 8:02-650
9-6-02
Seagate Technology LLC, et al. v. Papst Licensing GmbH, N.D. California, C.A. No. 5:02:3348

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 12, 1999, the Panel transferred four civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Morey L. Sear.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Sear.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 12, 1999, and, with the consent of that court, assigned to the Honorable Morey L. Sear.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 9 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.

## PANEL SERVICE LIST (Excerpted from CTO-1)
## DOCKET NO. 1298
## IN RE PAPST LICENSING, GMBH, PATENT LITIGATION

*Papst Licensing GmbH v. Western Digital Corp., et al.*, C.D. California, C.A. No. 8:02-650

Michael K. Brown
Crosby, Heafey, Roach & May
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Harry S. Hardin, III
Jones, Walker, Waechter, et al.
201 St. Charles Avenue
50th Floor
New Orleans, LA 70170

Peter J. Kennedy
Crosby, Heafey, Roach & May
1901 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Gene W. LaFitte, Sr.
Liskow & Lewis
701 Poydras Street
One Shell Square, Suite 5000
New Orleans, LA 70139

Paul J. Loh
Willenken, Loh, Stris, Lee & Tran, LLP
725 South Figueroa Street
16th Floor
Los Angeles, CA 90017

Jerold S. Schnayer
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

Jonathan H. Steinberg
Irell & Manella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276

James Swanson
Correro Fishman, et al.
201 St. Charles Avenue
46th Floor
New Orleans, LA 70170

Steven W. Usdin
Stone, Pigman, Walther, Wittmann & Hutchinson
546 Carondelet Street
New Orleans, LA 70130

Veritas Software
350 Ellis Street
Mountain View, CA 94043

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Morey L. Sear
United States District Court
Eastern District of Louisiana

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

September 6, 2002

Paul J. Loh, Esq.
Willenken, Loh, Stris, Lee & Tran, LLP
725 South Figueroa Street
16th Floor
Los Angeles, CA 90017

Re: MDL-1298 -- In re Papst Licensing, GmbH, Patent Litigation

*Papst Licensing GmbH v. Western Digital Corp., et al.*, C.D. California, C.A. No. 8:02-650

Motion and Brief Due on or before: **September 23, 2002**

Dear Mr. Loh:

We have received and filed your Notice of Opposition to the proposed transfer of the above-captioned action for coordinated or consolidated pretrial proceedings to the transferee district court previously designated by the Panel. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1) Pursuant to Panel Rules 5.12(a), 5.13 and 7.4(d), **an original and eleven copies of your Motion and Brief to Vacate the Conditional Transfer Order, as well as a computer readable disk of the pleading in WordPerfect for Windows format, must be received in the Panel offices by the due date listed above. Fax transmission of your motion and brief will not be accepted.** *See* Panel Rule 5.12(d). Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.

2) **Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

3) **Rule 5.3 corporate disclosure statements are due within eleven days of the filing of the motion to vacate.**

4) **Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

Any recent official change in the status of the above-captioned action should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
Deputy Clerk

Enclosure

cc: Panel Service List
Transferee Judge: Hon. Morey L. Sear
Transferor Judge: Hon. Gary L. Taylor

JPML Form 37